IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ERIC CONTRERAS                                                                      PLAINTIFF

v.                              Case No. 4:25-cv-4033

WARDEN CHRIS VOLCOTT                                                      DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed on June 27, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Bryant recommends that this case be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of July, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge